

# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2017

No. 04-16-00241-CR

Cody Allen **WATERS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1094
Honorable Lori I. Valenzuela, Judge Presiding

## O R D E R

Appellant's brief was first due on September 8, 2016.

On October 21, 2016, Appellant filed a letter with this court and expressed his "sincere concern for the lawyer that has been appointed" in his case. After court-appointed counsel Andrea Polunsky repeatedly missed deadlines to file the brief, on November 21, 2016, we abated this appeal and remanded the cause to the trial court for an abandonment hearing. The trial court found Appellant desires to prosecute his appeal, it allowed Andrea Polunsky to withdraw, and it appointed Suzanne M. Kramer as counsel on appeal.

On December 22, 2016, we reinstated the appellate timetable and set Appellant's brief due on January 23, 2017. On February 2, 2017, we ordered Suzanne M. Kramer to file Appellant's brief not later than February 13, 2017. To date, attorney Suzanne M. Kramer has not filed the brief or a motion for extension of time to file the brief.

For the second time, we ABATE this appeal and REMAND the cause to the trial court. *See* TEX. R. APP. P. 38.8(b); *Samaniego v. State*, 952 S.W.2d 50, 52–53 (Tex. App.—San Antonio 1997, no pet.).

We ORDER the trial court to conduct a hearing in compliance with Rule 38.8(b) to answer the following questions:

(1) Does Appellant still desire to prosecute his appeal?

(2) Will court-appointed counsel Suzanne M. Kramer file a brief or a motion to dismiss within TEN DAYS of the date of the abandonment hearing? If not, the trial court must appoint new counsel.

The trial court, in its discretion, may receive evidence on the first question by sworn affidavit from Appellant or by allowing Appellant to appear via electronic means (e.g., telephone or videoconference). However, the trial court shall order Suzanne M. Kramer to be physically present at the hearing. *See id.* R. 38.8(b)(3).

The trial court is further ORDERED to file supplemental clerk's and reporter's records in this court, not later than THIRTY DAYS from the date of this order, which shall include the following: (1) a transcription of the hearing and copies of any documentary evidence admitted, (2) written findings of fact and conclusions of law, and (3) recommendations addressing the above enumerated questions. *See id.* This court will consider the supplemental records in its determination whether to initiate contempt proceedings against Appellant's counsel. *See id.* R. 38.8(b)(4); *In re Fisch*, 95 S.W.3d at 732; *Samaniego v. State*, 952 S.W.2d at 53.

All other appellate deadlines are SUSPENDED pending further order of this court.


_____
Patricia O. Alvarez, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of February, 2017.

_____
Keith E. Hottle
Clerk of Court